IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA
CLAYTON DIVISION

| | |
|---|---|
| RICKY L. KENT | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. CV-05-065 |
| CARRIAGE FUNERAL HOLDINGS, INC.; GREG BRUDNICKI; KENDALL GLOVER; MELVIN PAYNE; W. CLARK HARLOW; et. al. | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendants Carriage Funeral Holdings, Inc., Greg Brudnicki, Melvin Payne and W. Clark Harlow, by and through counsel, hereby file a true and correct copy of the Notice of Removal of this cause from this Court to the United States District Court for the Middle District of Alabama, Northern Division.

/s/ David Martin
Robert D. Segall (SEG003)
J. David Martin (MAR120)

*Attorneys for Defendants*

OF COUNSEL:
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following counsel of record, via U.S. Mail, postage prepaid and properly addressed on this the 6th day of October, 2005:

**Attorney for Plaintiff Ricky L. Kent**
D. Mitchell Henry
Webster, Henry & Lyons, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Ph: 334/264-9472
Fax: 334/264-9599

_____
Of Counsel