IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY L. KENT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:05cv963-D |
| | ) | |
| CARRIAGE FUNERAL HOLDINGS, INC.; | ) | |
| GREG BRUDNICKI; KENDALL GLOVER; | ) | |
| MELVIN PAYNE; W. CLARK HARLOW; | ) | |
| et. al. | ) | |
| | ) | |
| Defendants. | ) | |

### Motion to Dismiss

Defendant Kendall Glover ["Glover"] hereby moves the Court, pursuant to Rule 12(b)(6) to dismiss the claims asserted against him in this case for failure to state a claim upon which relief can be granted, and as grounds for said motion states as follows:

Plaintiff asserts claims against Glover for fraud, suppression, conspiracy, negligence and wantonness arising from the alleged unauthorized forgery of Plaintiff's signature on an Asset Purchase Amendment in February of 2000. As set forth more fully in Defendants' Notice of Removal, Defendants established that there is no possibility that Plaintiff can prevail on the claims asserted against Glover and thus Glover was fraudulently joined. [Notice of Removal]. This Motion merely provides a procedural device to remove Glover, a fraudulently joined Defendant, from this case.

WHEREFORE, for the reasons set forth above, Defendant Kendall Glover is due to be dismissed from this lawsuit with prejudice.

_____
C. Nelson Gill (GIL055)
Robert D. Segall (SEG003)
J. David Martin (MAR120)
*Attorneys for Defendants*

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

## CERTIFICATE OF SERVICE

And, I hereby certify that I have mailed by United States Postal Service the document to the following counsel of record this the 6th day of October, 2005:

**Attorney for Plaintiff Ricky L. Kent**
D. Mitchell Henry
Webster, Henry & Lyons, P.C.
Post Office Box 239
Montgomery, AL 36101-0239
Ph: 334/264-9472
Fax: 334/264-9599

_____
C. Nelson Gill