**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **RICKY L. KENT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NUMBER: 2:05cv963-D** |
| ) | |
| **CARRIAGE FUNERAL HOLDINGS, INC.;** ) | |
| **GREG BRUDNICKI; KENDALL** ) | |
| **GLOVER; MELVIN PAYNE;** ) | |
| **W. CLARK HARLOW;** ) | |
| **et. al.** ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Carriage Funeral Holdings, Inc. files this Corporate Disclosure Statement as required by Rule 7.1(a) of the Federal Rules of Civil Procedure.

Carriage Funeral Holdings, Inc. is a wholly owned subsidiary of Carriage Services, Inc. Carriage Services, Inc. is a publicly held corporation which holds more than 10% of the stock of Carriage Funeral Holdings, Inc.

DATED this the 11th day of October, 2005.

                                                    s/J. David Martin
                                                  Robert D. Segall (SEG003)
                                                  J. David Martin (MAR120)
                                                  *Attorneys for Defendants*

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172

*Email: [martin@copelandfranco.com](martin@copelandfranco.com)*
*Email: [segall@copelandfranco.com](segall@copelandfranco.com)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis Mitchell Henry    kfarley@whlpc.com, [esh@whlpc.com](esh@whlpc.com)

Kimberly Renee Shubert    kshubert@whlpc.com, krshuber@bsc.edu

                                                    s/J. David Martin
                                                    Of Counsel