IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY KENT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:05CV963-D |
| CARRIAGE FUNERAL HOLDINGS, INC.; GREG BRUDNICKI; KENDALL GLOVER; MELVIN PAYNE; W. CLARK HARLOW; et al, | ) |
| Defendants. | ) |

**MOTION TO REMAND**

COMES NOW the Plaintiff, Ricky Kent, and pursuant to 28 U.S.C. § 1447(c), hereby moves to remand this action to the Clayton Division of the Circuit Court of Barbour County, Alabama, from which it was removed. As grounds, Plaintiff states and avers as follows:

1. Defendants Carriage Funeral Holdings, Inc., Greg Brudnicki, Melvin Payne and W. Clark Harlow, removed this action from the Clayton Division of the Circuit Court of Barbour County, Alabama, on October 6, 2005. These Defendants' sole ground for removing the action was diversity of citizenship. They contend that complete diversity exists based upon their incorrect allegation that Defendant Kendall Glover has been fraudulently joined in this action.

2. This court lacks diversity jurisdiction because Defendant Kendall Glover, an Alabama resident, is a properly joined Defendant in this action.

3. In support hereof, Plaintiff attaches as Exhibit "A" the affidavit of Ricky Kent.

1

4. In further support hereof, Plaintiff files herewith his Brief in Support of Motion to Remand.

WHEREFORE, these premises considered, Plaintiff respectfully urges the Court to grant its motion and remand this case to the Clayton Division of the Circuit Court of Barbour County, Alabama, from which it was improperly removed.

Respectfully submitted this the 7th day of November, 2005.

    /s/ D. Mitchell Henry
D. MITCHELL HENRY (HEN046)
KIMBERLY S. DESHAZO (SHU022)
Attorneys for Counterclaim Defendant
Ricky L. Kent

OF COUNSEL:

WEBSTER, HENRY & LYONS, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
Telephone: (334) 264-9472
Facsimile: (334) 264-9599

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing mail on all counsel of record <u>as listed below</u> by placing a copy thereof, in the United States mail, postage prepaid, on this the 7th day of November, 2005:

C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

    /s/ D. Mitchell Henry
OF COUNSEL