IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY KENT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05cv963-D |
| | ) |
| CARRIAGE FUNERAL HOLDINGS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's Motion To Remand, filed November 7, 2005 (Doc. No. 10), it is ORDERED that Defendants show cause, if any there be, on or before November 21, 2005, why said Motion should not be granted.

It is further CONSIDERED and ORDERED that the parties are hereby relieved of their obligations imposed by Rule 26(f) of the Federal Rules of Civil Procedure while the court's decision on the Motion To Remand is under advisement. If the court denies the Motion To Remand, all parties must meet and confer for all purposes required by Rule 26(f), and file the required report, within ten days of entry of any order denying said Motion.

DONE this 8th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE